[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-15000
_____

D.C. Docket No. 1:14-cv-24594-MGC

In Re: MRS. PATRICIA DOUGHERTY,

BRIAN A. SIDMAN,
an individual,

                                        Plaintiff-Counter
                                        Defendant-Appellee,

                    versus

JOSEPH P. DOUGHERTY,
11106 Crescent Bay Blvd.
Clermont, FL 34711
352-988-3507
an individual,

                                        Defendant-Third Party
                                        Plaintiff-Counter
                                        Claimant-Appellant,

DOMAINS BY PROXY LLC,
a Delaware corporation, et al.,

                                                    Defendants,

LOUIS ROGERS
10900 Nuckols Road
Suite 200
Glen Allen, VA 23060
804-290-7900, et al.,

                                                    Third Party Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(October 3, 2017)

Before HULL, JORDAN, and BOGGS,[*] Circuit Judges.

PER CURIAM:

After careful review of the record and the parties' briefs, and with the

benefit of oral argument, this Court finds no reversible error in the district court's

October 6, 2015 order denying Appellant Joseph P. Dougherty's request for costs

and attorney's fees or in the district court's April 19, 2016 order denying Appellant

_____

[*]Honorable Danny J. Boggs, United States Circuit Judge for the Sixth Circuit, sitting by designation.

2

Dougherty's motion for reconsideration.  Accordingly, we affirm both of the district court's orders.

**AFFIRMED**.